IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | |
|---|---|
| CHRISTY GUYAUX, as agent and sister of Gary Guyaux, an incarcerated person, | Civil Action No. 2:18-cv-00955 |
| Plaintiff, | |
| vs. | United States Magistrate Judge Cynthia Reed Eddy |
| ALLEGHENY COUNTY and ORLANDO HARPER, Warden of Allegheny County Jail, | |
| Defendants, | |

**HEARING MEMO/ MINUTE ENTRY**

**Hearing Date:** August 22, 2018
**Time**: 11:30 AM – 11:45 AM
**Type of Hearing or Conference:** Telephone Status Conference
**Reporter:** none
**Law Clerk:** Kathleen Davis (kathleen_davis@pawd.uscourts.gov)

| **Counsel for Plaintiff** | **Counsel for Defendants** |
|---|---|
| Deborah R. Erbstein | John A. Bacharach |
| David A. Wolf | |

**Orders, Remarks, Instructions**

- Parties stipulate and agree that the case can be administratively closed

1